

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

April 11, 1966

Admiral H. R. Nieman, Jr.                    Opinion No. C-656
Executive Director
State Building Commission                    Re: Construction of the term
Austin, Texas                                     "museum building", as used
                                                  in Item "14" of the appro-
                                                  priation in House Bill 12
                                                  of the 59th Legislature
Dear Admiral Nieman:                              to the Building Commission.

        You have requested an opinion of this office on the
following question:

        "Does the term 'a museum building' limit the expendi-
    ture of funds appropriated in this act to the construction
    of a single structure museum and preclude the expenditure
    of appropriated funds for the construction of a museum con-
    sisting of more than one structure?"

        House Bill 12 of the 59th Legislature, (The General
Appropriation Bill) Regular Session, under the heading
"BUILDING COMMISSION" appropriated for the year ending August 31,
1967 the sum of $500,000 as follows:

        "14.  For the construction of <u>a museum building</u>
    at Washington State Park, including architectural fees,
    site development, and necessary equipment.

        "None of the funds appropriated above for construc-
    tion of <u>a museum building</u> at Washington State Park may be
    expended until $200,000 is received from private or local
    sources for the <u>same purpose</u>.  Compliance with this paragraph
    shall be evidenced by filing with the State Comptroller
    an affidavit showing the receipt of such private or local
    contributions for that <u>purpose</u> prior to the award of any
    contract for <u>such construction</u>.  It is further provided
    that the Building Commission, prior to letting contracts
    for the construction of <u>this building,</u> shall seek the ad-
    vice of the Legislative Budget Board."  (Emphasis added.)

        Your letter further suggests that this question has
arisen because there has been some concern expressed among

individuals interested in Washington State Park who desire to treat the entire park as a museum, rather than the construction of a single structure for this purpose, so as to allow the rehabilitation, restoration and/or repair of buildings presently in existence in the park.

We are of the opinion from the reading of the above provisions of the General Appropriation Bill, that the language used is plain and unambiguous in its meaning, and in such case the law will be applied and enforced as it reads, regardless of policy, fairness or justice of its effects. Gilmore v. Waples, 108 Tex. 167, 188 S.W. 1037 (1916); Vaughn v. Southwestern Surety Insurance Co., 109 Tex. 298, 206 S.W. 920 (1918); Simmons v. Arnim, 110 Tex. 309, 220 S.W. 66 (1920); Gateley v. Humphrey, 151 Tex. 588, 254 S.W.2d 98 (1952).

Each of the three words "a museum building" clearly carry a single meaning, and when coupled with the condition that donations in the sum of $200,000 must be raised before the appropriation may be expended "for construction of a museum building" further buttress this conclusion.

"A 'museum' is 'a repository or a collection of natural, scientific, or literary curiosities or objects of interest, or of works of art.' Webster." Easterbrook v. Hebrew Ladies' Orphan Society, 85 Conn. 289, 82 A. 561 (1912).

Taken together, these three words "a museum building" have the plain and unambiguous meaning of a single structure for the repository or collection of natural, scientific, or literary curiosities or objects of interest, or of works of art.

You are therefore advised that we are of the opinion that the phrase "a museum building" means a single structure or a closely connected complex for museum purposes, and that none of the funds appropriated may be utilized for the purpose of rehabilitating, restoring or repairing any of the historic buildings and/or facilities now located at Washington State Park.

## SUMMARY

The phrase "a museum building" means a single structure or a closely connected complex for museum purposes, and none of the funds appropriated may be utilized for the purpose of rehabilitating, restoring or repairing any of the historic buildings and/or facility now located at Washington State Park.

Very truly yours,

WAGGONER CARR
Attorney General

By: J. Phillip Crawford
Assistant

JPC:mls

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Alan Minter
John Banks
Linward Shivers

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright